ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JACQUELYN NICKLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a Political Subdivision of the State of Nevada; STEVEN D. GRIERSON in his official and/or individual capacities; KATHLEEN LAMBERMONT in her offical and/or individual capacities,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-1668<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT CLARK COUNTY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY ("Clark County"), and James P. Kemp, Esq. of KEMP & KEMP ATTORNEYS AT LAW, counsel for Plaintiff JACQUELYN NICKLER ("Plaintiff"), that:

　　　　The due date for Defendant Clark County's Response to Plaintiff's Complaint (ECF No. 1), be extended from October 30, 2018 to November 29, 2018.

　　　　**Reason for the Extension:**

　　　　Because of the complexity of the claims made in Plaintiff's Complaint, Clark County needs additional time to perform an investigation prior to filing a responsive pleading.

/ / /

/ / /

4837-8788-0825.1

This is Clark County and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 19th day of October, 2018.  DATED this 19th day of October, 2018.

KEMP & KEMP, ATTORNEYS AT LAW  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ James P. Kemp  By: /s/ Danielle C. Miller
JAMES P. KEMP, ESQ.  ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375  Nevada Bar No. 003062
7435 W. Azure Drive, Ste. 110  DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89130  Nevada Bar No. 009127
*Attorneys for Plaintiff*  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-19-2018