ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Clark County and
Kathleen Lambermont*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JACQUELYN NICKLER,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a Political Subdivision of the State of Nevada; STEVEN D. GRIERSON in his official and/or individual capacities; KATHLEEN LAMBERMONT in her offical and/or individual capacities,<br><br>Defendants. | CASE NO. 2:18-cv-01668-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS CLARK COUNTY AND KATHLEEN LAMBERMONT'S REPLY TO PLAINTIFF'S RESPONSE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendants CLARK COUNTY and KATHLEEN LAMBERMONT, and James P. Kemp, Esq. of KEMP & KEMP ATTORNEYS AT LAW, counsel for Plaintiff JACQUELYN NICKLER ("Plaintiff"), and pursuant to Local Rules 6-1 and 6-2, that:

The due date for Defendants' Reply to Plaintiff's Response (ECF No. 24) to Defendants' Motion to Dismiss (ECF No. 18), be extended from December 20, 2018 to December 28, 2018.

/ / /

/ / /

/ / /

4829-5415-5907.1

**Reason for the Extension:**

Counsel for Defendants will need additional time to research and address the issues raised in Plaintiff's Response. This is Defendants' and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 19th day of December, 2018.   DATED this 19th day of December, 2018.

KEMP & KEMP, ATTORNEYS AT LAW   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *James P. Kemp*   By: *Danielle C. Miller*
JAMES P. KEMP, ESQ.   ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375   Nevada Bar No. 003062
7435 W. Azure Drive, Ste. 110   DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89130   Nevada Bar No. 009127
*Attorneys for Plaintiff*   6385 S. Rainbow Boulevard, Suite 600
　　Las Vegas, Nevada 89118
　　*Attorneys for Defendant*
　　*Clark County*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/19/18