# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| JACQUELYN NICKLER, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cv-01668-JCM-VCF |
| CLARK COUNTY, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Defendants Clark County and Kathleen Lambermont's Motion to Stay Pending Motion to Dismiss (ECF NO. 30).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants Clark County and Kathleen Lambermont's Motion to Stay Pending Motion to Dismiss (ECF NO. 30) is scheduled for 1:30 PM, February 12, 2019, in Courtroom 3D.

DATED this 25th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE