ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
Clark County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

**\*\*\***

JACQUELYN NICKLER,

       Plaintiff,

    vs.

CLARK COUNTY, a political subdivision of the State of Nevada, including Clark County District Attorney's Office and Clark County Court Administration Office,

       Defendants.

CASE NO. 2:18-cv-01668-JCM-VCF

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**[SECOND REQUEST]**

      Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days from the current deadline of January 29, 2021, up to and including Thursday, April 29, 2021.  In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as follows:

      1.     On May 15, 2020 Plaintiff filed her Second Amended Complaint in the United States District Court.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.      On May 29, 2020, Defendant filed its Answer to the Second Amended Complaint.

3.      On July 29, 2020 the parties conducted a 26(f) conference.

4.      Plaintiff served her Initial and Supplemental Document and Witness Disclosures.

5.      Defendant served its Initial and Supplemental Document and Witness Disclosures.

### DISCOVERY REMAINING

1.      The parties will continue participating in written discovery.

2.      Defendant will take the deposition of Plaintiff.

4.      Plaintiff will take the deposition of Defendant's Person Most Knowledgeable.

5.      The parties may take the depositions of any and all other witnesses garnered through discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the following requested extension.  This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay.  The parties seek additional time due to the logistical and administrative challenges of counsel and Defendant working remotely due to the ongoing national public health crisis.  Additionally, Plaintiff's counsel is still catching up from the two month period that he was adversely affected by COVID-19 and a complication that reduced his ability to work full time.  Additionally he had a death in the family the second week of November and missed some additional work during that time.  Also, family commitments during the holidays this year were particularly demanding.  Accordingly, and in short, the parties request an extension of the current discovery deadlines to allow the parties an opportunity to fully understand the nature of Plaintiff's claims and Defendant's defenses thereto.

Extension or Modification of The Discovery Plan and Scheduling Order.  LR 26-4 governs

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

This is the second request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Friday, January 29, 2021* | *Thursday, April 29, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Monday, November 2, 2020* | *Closed* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Tuesday, December 1, 2020* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Thursday, December 31, 2020* | *Closed* |
| Dispositive Motions | *Monday, March 1, 2021* | *Monday, May 31, 2021* |
| Joint Pretrial Order | *Wednesday, March 31, 2021* | *Wednesday, June 30, 2021* |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

///

///

///

///

///

1    WHEREFORE, the parties respectfully request that this Court extend the discovery

2  period by ninety (90) days from the current deadline of January 29, 2021 up to and including April

3  29, 2021, and the other dates as outlined in accordance with the table above.

4  DATED this 8th day of January, 2021.          DATED this 8th day of January, 2021.

5  LEWIS BRISBOIS BISGAARD & SMITH LLP          KEMP & KEMP, ATTORNEYS AT LAW

6

7  */s/  Cheryl A. Grames*                       */s/  James P. Kemp*
   Robert W. Freeman, Esq.                       James P. Kemp, Esq.
   Nevada Bar No. 3062                           Nevada Bar No. 6375
8  Cheryl A. Grames, Esq.                        7435 W. Azure Drive, Ste. 110
   Nevada Bar No. 12752                          Las Vegas, Nevada 89130
9  Tara U. Teegarden                             *Attorneys for Plaintiff*
   Nevada Bar No. 15344
10  6385 S. Rainbow Blvd, Suite 600
   Las Vegas, Nevada 89118
11  *Attorney for Defendant*
   *Clark County*
12

13

14

15                              **ORDER**

16  **IT IS SO ORDERED:**

17

   Dated this ___11th___ day of ___January___, 2021.
18

19  _____
20  **UNITED STATES MAGISTRATE JUDGE**

21

22

23

24

25

26

27

28

4827-0767-1254.1                              4