ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Clark County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| JACQUELYN NICKLER,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, including Clark County District Attorney's Office and Clark County Court Administration Office,<br><br>Defendants. | CASE NO. 2:18-cv-01668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case sixty (60) days, up to and including Wednesday, December 2, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties seek additional time to file the Joint Pretrial Order for several reasons, none of which are for an improper purpose or to unduly delay the trial in this matter. The parties require additional time to draft, confer, and resolve the parties' differences as to complex issues of law to be tried and determined at trial within the Joint Pretrial Order. They therefore stipulate to extend the time to file the pretrial order until December 2, 2022.



4860-3971-3334.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty (60) days from the current deadline of October 3, 2022 up to and including December 2, 2022.

DATED this 3rd day of October 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheryl A. Grames
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Clark County*

DATED this 3rd day of October 2022.

KEMP & KEMP, ATTORNEYS AT LAW

/s/  James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
7435 W. Azure Drive, Ste. 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff Jacqueline Nickler*

**ORDER**

**IT IS SO ORDERED:**

Dated this  6th  day of  October , 2022.

_____
**UNITED STATES ~~DISTRICT~~ JUDGE**
Magistrate

4860-3971-3334.1

2