ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Clark County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| JACQUELYN NICKLER,<br><br>         Plaintiff,<br><br>    vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, including Clark County District Attorney's Office and Clark County Court Administration Office,<br><br>         Defendants. | CASE NO. 2:18-cv-01668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**SECOND REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case sixty (60) days, up to and including Tuesday, January 31, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  This request for extension is based upon the following:

The parties seek additional time to file the Joint Pretrial Order for several reasons, none of which are for an improper purpose or to unduly delay the trial in this matter. The parties require additional time to draft, confer, and resolve the parties' differences as to complex issues of law to be tried and determined at trial within the Joint Pretrial Order. Counsel for Plaintiff and Defendant had schedules that inhibited their ability to resolve their differences, and they therefore stipulate to

4883-3950-9825.1

1  extend the time to file the pretrial order until January 31, 2023.  Counsel for Plaintiff was in trial in

2  Reno, Nevada from November 7-11, 2022, on vacation from November 19-28, 2022, and was in

3  depositions in Elko, Nevada from November 30 to December 2, 2022.

4        WHEREFORE, the parties respectfully request that this Court extend the time for the parties

5  to file the Joint Pretrial Order by sixty (60) days from the current deadline of December 2, 2022 up

6  to and including January 31, 2023.

7  DATED this 5th day of December 2022.      DATED this 5th day of December 2022.

8  LEWIS BRISBOIS BISGAARD & SMITH LLP    KEMP & KEMP, ATTORNEYS AT LAW

9

10 */s/  Cheryl A. Grames*          */s/   James P. Kemp*      
   Robert W. Freeman, Esq.                James P. Kemp, Esq.

11 Nevada Bar No. 3062                        Nevada Bar No. 6375
   Cheryl A. Grames, Esq.               7435 W. Azure Drive, Ste. 110

12 Nevada Bar No. 12752                    Las Vegas, Nevada 89130
   6385 S. Rainbow Blvd, Suite 600      *Attorneys for Plaintiff Jacqueline Nickler*

13 Las Vegas, Nevada 89118
   *Attorneys for Defendant Clark County*

14

15                            **<u>ORDER</u>**

16

17                  IT IS SO ORDERED.

18

19                  _____

20                  Cam Ferenbach
                    United States Magistrate Judge

21                  DATED    12-7-2022   _____

22

23

24

25

26

27

28