ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
Clark County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| JACQUELYN NICKLER, | CASE NO. 2:18-cv-01668-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada, including Clark County District Attorney's Office and Clark County Court Administration Office, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

…

…

…

…

…

…

…

93591476.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 21st day of April, 2023.

DATED this 21st day of April, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

KEMP & KEMP, ATTORNEYS AT LAW

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

/s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
7435 W. Azure Drive, Ste. 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated April 24, 2023.

_____
U.S. DISTRICT COURT JUDGE

93591476.1

2